699 A.2d 729

Richard M. TECHTMANN and Monica Techtmann, Petitioners,

v.

Roy J. HOWIE and Robert Gray's
Sons Inc., et al., Respondents.

Supreme Court of Pennsylvania.

Sept. 16, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 16th day of September, 1997, it is ordered that Petitioner's Petition for Allowance of Appeal is GRANTED; the order of the Superior Court affirming the order of the Court of Common Pleas of Philadelphia County transferring venue from Philadelphia County to Bucks County is REVERSED; and this matter is REMANDED to the Court of Common Pleas of Philadelphia County for further proceedings consistent with this court's opinion in *Cheeseman v. Lethal Exterminators, Inc.,* No. 56 E.D. Appeal Docket 1996, and *Forman v. Rossman,* et al., No. 57 E.D. Appeal Docket 1996, —— Pa. ——, 701 A.2d 156 (Opinion issued August 22, 1997).